732 A.2d 505

IN THE MATTER OF ANDREW P. VECCHIONE,
AN ATTORNEY AT LAW.

July 16, 1999.

## ORDER

The Disciplinary Review Board on April 12, 1999, having filed with the Court its decision concluding that **ANDREW P. VEC-CHIONE** of **SPRING LAKE,** who was admitted to the bar of this State in 1969, should be suspended from the practice of law for a period of six months for violating *RPC* 8.4(b) (criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **ANDREW P. VECCHIONE** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective August 11, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.